No. 892. MAGNA OIL CORP. ET AL. *v.* BATESON; and
No. 926. BINYON *v.* BATESON. C. A. 5th Cir. Certiorari denied. *James E. Coleman, Jr.,* for petitioners in No. 892, and *Merrill L. Hartman* and *Carlisle Blalock* for petitioner in No. 926. *Robert H. Hughes* for respondent in both cases. Reported below: 414 F. 2d 128.

No. 908. GREEN ET AL. *v.* AMERICAN TOBACCO CO. C. A. 5th Cir. Certiorari denied. *Lawrence V. Hastings* and *Irma Robbins Feder* for petitioners. *A. Lee Bradford, Janet C. Brown, Abe Krash, Edward C. Mc-Lean, Jr., Eugene R. Anderson,* and *Jerome I. Chapman* for respondent.

No. 899. COMMUNITY FUNDING CORP. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (WALTON, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Certiorari denied. *Howard I. Friedman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Ruckelshaus,* and *Robert V. Zener* for respondent Walton.

No. 901. UNITED BONDING INSURANCE CO. *v.* ASHWOOD CONSTRUCTION CO. ET AL. C. A. 6th Cir. Certiorari denied. *Owen C. Neff* for petitioner. *Bennet Kleinman* for respondent Ashwood Construction Co., *Oscar J. Green* for respondent Central Excavating Co., *Arlene B. Steuer* for respondent Air Compressor Rental Co., and *William T. Monroe* for respondent J. J. Turner, Inc.

No. 904. CONTINENTAL OIL CO. ET AL. *v.* LONDON STEAM-SHIP OWNERS' MUTUAL INSURANCE ASSN., LTD. C. A. 5th Cir. Certiorari denied. *Sweeney J. Doehring* for petitioners. *George W. Renaudin* and *David B. Connery, Jr.,* for respondent.